IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIAM CARY SALLIE, | : | |
| Petitioner | : | |
| vs. | : | CIVIL ACTION NO. 5:11-CV-75 (MTT) |
| CARL HUMPHREY, Warden, | : | |
| Respondent | : | |

## **ORDER**

The Court orders the Petitioner to supplement his Petition to state with particularity the facts upon which he bases his claim of equitable tolling. See *Chavez v. Secretary, Fla. Dept. of Corr.*, ___ F.3d ___, No. 10-13840 (11th Cir. 2011). Petitioner's supplemental petition shall be filed by August 15, 2011.

**SO ORDERED**, this the 26th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT