```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF GEORGIA
              MACON DIVISION
```

WILLIAM C. SALLIE,

    Petitioner

vs.

CARL HUMPHREY, Warden,

    Respondent

CIVIL ACTION NO.: 5:11-CV-75 (MTT)

## ORDER

On March 4, 2011, this Court appointed Brian Kammer, Executive Director of the Georgia Appellate Practice and Education Resource Center (hereinafter "Resource Center") and Kirsten Salchow, staff attorney with the Resource Center, to represent Sallie pursuant to the provisions in 18 U.S.C. § 3599.[1] (Doc. 6). The Court now **AMENDS** the March 4, 2011 Order to show that Mr. Kammer and Ms. Salchow were appointed effective February 1, 2011 so that they might receive compensation for preparation of Sallie's 28 U.S.C. § 2254 petition. *See generally McFarland v. Scott*, 512 U.S. 849, 856-57 (1994) (the pre-filing appointment of counsel is appropriate in capital cases under the mandatory counsel provision of 21 U.S.C. § 848, subsequently recodified at 18 U.S.C. § 3599).

**SO ORDERED**, this 29th day of July, 2011.

                                                  S/ Marc T. Treadwell
                                                  MARC T. TREADWELL, JUDGE
                                                  UNITED STATES DISTRICT COURT

---

[1] Due to a conflict of interest, on June 17, 2011, the Court granted Mr. Kammer and Ms. Salchow's Motion to Withdraw. (Doc. 25).