IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM C. SALLIE, | : |
| Petitioner | : |
| vs. | : |
| | : CIVIL ACTION NO.: 5:11-CV-75 (MTT) |
| CARL HUMPHREY, Warden, | : |
| Respondent | : |

## ORDER

On August 12, 2011, the Court, pursuant to 18 U.S.C. § 3599, appointed Joseph J. Perkovich and Brian Jarrard to represent Sallie in this capital 28 U.S.C. § 2254 action. (Doc. 32). The Court now **VACATES** that Order.

Prior to his appointment pursuant to 18 U.S.C. § 3599, Joseph J. Perkovich appeared *pro bono* in this action. (Doc. 18, 25). Mr. Perkovich will continue to represent Sallie in this *pro bono* capacity. Should Mr. Perkovich locate counsel qualified under 18 U.S.C. § 3599(c), he and such qualified counsel can move for appointment under 18 U.S.C. § 3599(a)(2).

**SO ORDERED**, this 26th day of August, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT