# AGREEMENT ON LEGAL REPRESENTATION

Because William Sallie has agreed to allow the use of the life without parole third sentencing option at his retrial, Christopher Johnson and Palmer Singleton agree to continue to represent William Sallie, even if he receives a sentence other than death, through direct appeals, through state and federal habeas, and at any subsequent re-trial, even if the charges at subsequent re-trials do not carry a possible death sentence. We also agree that Christopher Johnson and Palmer Singleton will continue to represent William Sallie, if he so desires, for the rest of his life.

This 10th day of February, 2001.

_____
William Sallie

_____
Christopher Johnson

_____
Palmer Singleton