Feb 2, 0

Dear Mom,

How are you today? I'm doing fine. I had a head cold for 6 days. Had to blow my nose so much, I thought my brains were going to come out! Had a box of Actifed saved. Before they took it off the store

Thank you for the $95.00 money order. You didn't have to do that. It's appreciated though. Yarn came in 4 days ago. (Friday) And on Sunday, my light bulb burned out. It's 8:30 A.M and I'm sitting in the dark. Some light comes into the cell from the block.

It's overcast today, cool with rain. Yardcall was canceled for outside. We will have inside yardcall. Haven't been outside in a couple of weeks. Could have went last week, but stayed in because of the head cold.

Had a visit from Paul Bartels. He came late, around 2 P.M. We were able to visit for about 50 minutes.

Paul is going to send me a list of law firms that do "Pro Bono" work. I'll write these firms and ask them to accept my case for appeal purposes. With Paul being a lawyer,

he will have a good idea of which firms to write. I'll write a letter and have Paul look at it. See if I need to make any changes to it.

Super Bowl Sunday was yesterday. That's a big thing in prison. A lot of betting takes place. I bet a guy one honey bun. (50¢) Plus the guy who trades my tobacco for stamps. Asked me to play a par lay. (VEGAS GAME) I felt obligated because all he wanted was 10 stamps.

Ten guys put in 10 stamps each. (100 TOTAL) Each guy fills in their name on a grid sheet. A guess what the last number will be for each team. At half time, a person can win 50 stamps. And at the ~~end~~ end, a person can win the other 50. Guess who won 50 stamps? I did. And, I won a honey bun.

Enclosed is twenty stamps for those request letters. I'll use the thirty stamps and write the law firms.

Crocheted three Christmas stockings. Need to sew on an angel, snow flake and Christmas tree. To decorate them. Might have enough yarn for 32 of them. They take awhile to make. Still have to put the trim and white tops on them.

Received a letter from Valerie. Did you give Jeff the table saw? He has it cleaned up and replaced the belts.

A couple weeks ago, I found this out. The new Warden made a change to visitation. We can now visit on consecutive days, Saturday, Sunday, and holidays. No break in between. This new rule only applies to people on my regular visitation list. Since everyone is on my regular list, it works for you, Val & Paul-ette, etc.

They came in for inspection. I reminded the Sergeant about my light. Bad timing, I got some work to do but can't see to do it.

I'll do my workout today, write a few letters and relax. See you in a couple months.
Love,
Cary

20 STAMPS
(LAST PAGE OF LETTER)

3